*E-Filed: February 12, 2014*

MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone:     (415) 436-6475
Facsimile:     (415) 436-7009
Email: michael.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Interior Glass Systems, Inc.,<br><br>     Plaintiff,<br><br>          v.<br><br>United States of America,<br><br>     Defendant. | Civil No. 5:13-cv-05563-HRL<br><br>STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED by and between Defendant the United States of America ("United States") and Plaintiff Interior Glass Systems, Inc. ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4) and Local Civil Rule 6-2, that good cause exists and the parties request that the Court continue both the date for the United States to answer or otherwise respond to Plaintiff's Complaint, and the Case Management Conference currently scheduled for March 18, 2014, by approximately 30 days, and state as follows in support:

1  Plaintiff commenced the instant action on or about December 2, 2013.  Upon learning of
2 the Complaint, the Department of Justice contacted the Internal Revenue Service's Office of
3 Chief Counsel and requested the administrative file associated with this case.  The Office of
4 Chief Counsel has yet to provide a copy of the administrative file to the Department of Justice.
5 Without the administrative file, counsel for the United States is unable to prepare an adequate
6 response to the Complaint.
7  Accordingly, the parties hereby stipulate that the United States shall have until March 4,
8 2014, to answer or otherwise respond to Plaintiff's Complaint, and also that the Case
9 Management Conference currently scheduled for March 18, 2014, be continued until April 15,
10 2014 at 1:30 pm.  The requested extension is not being made for purposes of delay, but to allow
11 for a review of the relevant administrative materials.  No party has obtained any previous
12 extensions in this matter.
13
14 Respectfully submitted,

15                                                                                  MELINDA HAAG
                                                                                    United States Attorney

16  s/ John P. McDonnell
     JOHN PATRICK MCDONNELL                           s/ Michael G. Pitman
17   Myers Hawley Morley                              MICHAEL G. PITMAN
     Myers & McDonnell                                Assistant United States Attorney, Tax Division
18   166 Main Street
     Los Altos, CA 94022                              Attorneys for United States of America
19   (650) 948-1600
     Fax: (650) 949-3581
20   jpmcdon@aol.com

21   Attorneys for Plaintiff Interior Glass
     Systems, Inc.
22
23
24

STIPULATION EXTENDING TIME TO                         2
ANSWER OR OTHERWISE RESPOND
AND CONTINUING CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER
CIVIL NO. 5:13-cv-05563-HRL

1  [~~PROPOSED~~] ORDER

2  Upon stipulation of the parties, and for good cause shown, it is hereby ORDERED that
3  the United States of America shall have until March 4, 2014, to answer or otherwise respond to
4  Plaintiff's Complaint.

5  It is further ORDERED that the Case Management Conference currently scheduled for
6  March 18, 2014, is continued until April 15, 2014 at 1:30 pm.

7

8  SO ORDERED this  12th  day of _____February_____, 2014.

9

10  _____
    THE HONORABLE HOWARD R. LLOYD
11  UNITED STATES MAGISTRATE JUDGE

STIPULATION EXTENDING TIME TO
ANSWER OR OTHERWISE RESPOND
AND CONTINUING CASE MANAGEMENT
CONFERENCE AND [~~PROPOSED~~] ORDER
CIVIL NO. 5:13-CV-05563-HRL

3