UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERIOR GLASS SYSTEMS, INC.,<br><br>     Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No.  5:13-cv-05563-EJD<br><br>**ORDER VACATING TRIAL DATES** |

In order to accommodate the ongoing summary judgment proceedings, the trial dates scheduled pursuant to the Pretrial Order filed on October 28, 2014 (Docket Item No. 29), are VACATED and will be reset, if necessary, upon resolution of the pending motions.

**IT IS SO ORDERED.**

Dated:  April 22, 2015

EDWARD J. DAVILA
United States District Judge