UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERIOR GLASS SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No.  5:13-cv-05563-EJD<br><br>**ORDER VACATING STATUS CONFERENCE** |

      Because a written order addressing the pending motions for summary judgment and partial summary judgment will be filed no later than August 12, 2016, the Status Conference scheduled for August 4, 2016, is VACATED.

      The court schedules this action for a Trial Setting Conference at **11:00 a.m. on September 1, 2016.** The parties shall file a Joint Trial Setting Conference Statement on or before **August 22, 2016.**

      **IT IS SO ORDERED.**

Dated:  August 2, 2016

                                                                EDWARD J. DAVILA
                                                                United States District Judge